

EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GWEN M. COOPER, M.D.; and )<br>EAST ALABAMA WOMEN'S )<br>CLINIC, P.C., an Alabama professional )<br>corporation, )<br>)<br>Defendants. ) | CIVIL ACTION<br>FILE NO. 2:06cv287-VPM |

### AFFIDAVIT OF DANIEL A. RAGLAND

BEFORE ME, personally appeared DANIEL A. RAGLAND, who, states as follows:

1. That I am a partner in the law firm of Ragland & Jones, LLP, and maintain my practice at the offices of the firm located at Resurgens Plaza, Suite 2250, 945 E. Paces Ferry Road, N.E,. Atlanta, Georgia 30326.

2. That I am licensed to practice law in the State of Georgia and I am an active member in good standing with the State Bar of Georgia. My Georgia Bar No. is 003340.

3. That I have been a member of the State Bar of Georgia and have practiced law as a civil trial lawyer continuously since 1988. For most of my legal career, I have specialized in handling cases of alleged medical malpractice and other matters involving wrongful death or personal injuries.

1

4. That I am a member, in good standing, of the U.S. District Court for the Northern District of Georgia where I reside and regularly practice law, and attached hereto is a Certificate of Good Standing from that federal court.

5. That over the last five (5) years, I have not been admitted to practice pro hac vice in the State of Alabama on any other matters.

6. That I represent Adaorah Abor-Watson, the Plaintiff name above, and that I will serve as lead Plaintiff's counsel in this case.

7. That on behalf of the Plaintiff, I have retained Kenneth Funderburk, a resident attorney in Alabama (Alabama Bar Number FUN002) to serve as local counsel in this case.

8. That I desire admission pro hac vice to the U.S. District Court for the Middle District of Alabama so that I can prosecute this civil cause of action on behalf of the Plaintiff.

UNDER PENALTIES OF PERJURY, I declare that I have read the foregoing, and the facts alleged are true to the best of my knowledge and belief.

Dated this 29th day of March, 2006.

_____
Daniel A. Ragland
Georgia Bar No. 003340

SWORN TO AND SUBSCRIBED BEFORE ME,
THIS 29th DAY OF March, 2006.

_____
NOTARY PUBLIC
AFFIX SEAL HERE
COMMISSION EXPIRES March 21, 2009



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **DANIEL ADAM RAGLAND, State Bar No. 3340,** was duly admitted to practice in said Court on September 12, 1988, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 29th day of March, 2006.

LUTHER D. THOMAS
CLERK OF COURT

By: _____
Luis Perez
Deputy Clerk

