IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GWEN M. COOPER, M.D.; and )<br>EAST ALABAMA WOMEN'S )<br>CLINIC, P.C., an Alabama professional )<br>corporation, )<br>)<br>Defendants. ) | CIVIL ACTION<br>FILE NO. _____ |

**ORDER FOR ADMISSION PRO HAC VICE
OF ATTORNEY DANIEL A. RAGLAND**

Upon Motion for Admission Pro Hac Vice of Daniel A. Ragland submitted by Kenneth Funderburk and Daniel A. Ragland, attorneys for Plaintiff, and that Motion being adequately supported and good cause being show,

IT IS HEREBY ORDERED that said Motion is GRANTED and attorney Daniel A. Ragland be admitted to this Court pro hac vice pursuant to M.D. Al. LR 83(a)(1)(B), so that he can continue his representation of the Plaintiff in this case.

SO ORDERED, this ___ day of _____, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PREPARED AND SUBMITTED BY:

                                FUNDERBURK, DAY & LANE

P.O. Box 1268  
1313 Broad Street  
Phenix City, AL 36868-1268     Kenneth L. Funderburk  
(334) 297-2900 Phone         Alabama Bar No. FUN002  
(334) 297-2224 Facsimile

                                RAGLAND & JONES, LLP

Resurgens Plaza, Suite 2250  
945 E. Paces Ferry Road, N.E.   Daniel A. Ragland  
Atlanta, GA 30326             Georgia Bar No. 003340  
(404) 842-7245 Phone  
(404) 842-7222 Facsimile