AO 440 (Rcv. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

<u>MIDDLE</u>          District of          <u>ALABAMA</u>

ADAORAH ABOR-WATSON

V.

GWEN M. COOPER, M.D.; and EAST
ALABAMA WOMEN'S CLINIC, P.C.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:    2:06cv287-VPM

TO: (Name and address of Defendant)

East Alabama Women's Clinic, P.C.
c/o Registered Agent, Gwen M. Cooper, M.D.
502 E. Thomason Circle
Opelika, AL 36801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DANIEL A. RAGLAND
RAGLAND & JONES, LLP
RESURGENS PLAZA, SUITE 2250
945 E. PACES FERRY ROAD, NE
ATLANTA, GA 30326

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DEBRA P. HACKETT

CLERK

(By) DEPUTY CLERK

DATE          3/30/2006

✎AO 440  (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
          Date              *Signature of Server*


          _____
          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |
|---|---|---|

ADAORAH ABOR-WATSON

V.

GWEN M. COOPER, M.D.; and EAST
ALABAMA WOMEN'S CLINIC, P.C.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:   2:06cv287-VPM

TO: (Name and address of Defendant)

East Alabama Women's Clinic, P.C.
c/o Registered Agent, Gwen M. Cooper, M.D.
1995 Pepperell Parkway
Opelika, AL 36801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DANIEL A. RAGLAND
RAGLAND & JONES, LLP
RESURGENS PLAZA, SUITE 2250
945 E. PACES FERRY ROAD, NE
ATLANTA, GA 30326

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DEBRA P. HACKETT                                                3/30/2006

CLERK _____        DATE _____

(By) DEPUTY CLERK

&AO 440  (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                              Date                                    *Signature of Server*

                                                    _____
                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

<u>MIDDLE</u>                          District of                    <u>ALABAMA</u>

ADAORAH ABOR-WATSON

**SUMMONS IN A CIVIL ACTION**

V.

GWEN M. COOPER, M.D.; and EAST
ALABAMA WOMEN'S CLINIC, P.C.

CASE NUMBER:    2:06cv287-VPM

TO: (Name and address of Defendant)

Gwen M. Cooper, M.D.
1312 Gwen Mill Drive
Opelika, AL 36801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DANIEL A. RAGLAND
RAGLAND & JONES, LLP
RESURGENS PLAZA, SUITE 2250
945 E. PACES FERRY ROAD, NE
ATLANTA, GA 30326

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

DEBRA P. HACKETT                                         3/30/2006

CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
               Date                         *Signature of Server*

                                  _____
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE                                  District of                                  ALABAMA

ADAORAH ABOR-WATSON

**SUMMONS IN A CIVIL ACTION**

V.

GWEN M. COOPER, M.D.; and EAST
ALABAMA WOMEN'S CLINIC, P.C.

CASE NUMBER:    2:06cv287-VPM

TO: (Name and address of Defendant)

Gwen M. Cooper, M.D.
502 E. Thomason Circle
Opelika, AL 36801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DANIEL A. RAGLAND
RAGLAND & JONES, LLP
RESURGENS PLAZA, SUITE 2250
945 E. PACES FERRY ROAD, NE
ATLANTA, GA 30326

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

DEBRA P. HACKETT                                              3/30/2006

CLERK                                                         DATE

(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

| DECLARATION OF SERVER |
|---|

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                              *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.