IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) ) ) CIVIL ACTION NO. 2:06:287-VPM |
| GWEN M. COOPER, M.D.; EAST ALABAMA WOMEN'S CLINIC, PC, | ) ) ) ) |
| Defendants. | ) ) |

## AGREED DISCOVERY PLAN

COME NOW the plaintiff and defendants, by and through undersigned counsel and, pursuant to Federal Rule of Civil Procedure 26(f) and this Court's Order of May 23, 2006, have accomplished a preliminary conference and discussion for the purposes of establishing the following plan for discovery which is agreed upon among the parties. Exhibit A is filed attached hereto in demonstration of plaintiff's counsel's consent to the scheduling arrangements set forth below.

**I.   Counsel:**

Counsel for the plaintiff shall be Daniel Ragland, Andy Goldner and Kenneth Funderburk.  Counsel for the defendants shall be Michael K. Wright and George E. Newton, II.

**II.   Rule 26(a)(1) Disclosures:**

Parties shall exchange disclosures pursuant to Rule 26(a)(1) and applicable state law by **July 17, 2006**.

{B0604027}

**III.   Discovery:**

Basic factual discovery, including paper discovery and depositions of fact witnesses (parties, treating physicians and others, but excluding other experts retained by the parties) shall be accomplished by **February 2, 2007**.

**IV.   Expert Disclosures:**

Plaintiff shall have until **February 28, 2007** to provide full and complete Rule 26 expert witness disclosure.  The plaintiff shall make these witnesses available for deposition by **April 30, 2007**.

Defendants shall provide full and complete Rule 26 expert witness disclosure by **June 15, 2007**.  The plaintiff shall complete the depositions of defense experts so disclosed by **August 17, 2007**.

**V.   Dispositive Motions:**

All dispositive motions shall be filed on or before **July 31, 2007**.  To the extent this deadline might fall within 90 days of any future pretrial hearing dates set by this Court, the parties would show that this deadline contemplates providing the parties with a sufficient amount of time to raise dispositive issues following the conclusion of expert discovery.

**VI.   Pretrial and Trial Setting:**

The pretrial hearing and trial date will be determined by the Court.

**VII.   Revision/Modification:**

The parties further agree to cooperation professionally, in an effort to accomplish the completion of discovery as outlined herein above.  Further, in the spirit of such

{B0604027}

cooperation, the parties may agree to revise or modify certain aspects of this plan, with a view toward completion of all necessary trial preparations, in order to be prepared for trial on the date selected by the Court. In the absence of any such agreement, the plan may be revised or modified by the Court, for good cause shown.

s/ George E. Newton
Michael K. Wright  ASB: 6338-G40M
George E. Newton, II  ASB: 7895-E32N
Attorneys for Gwen M. Cooper, M.D. and
East Alabama Women's Clinic, PC

OF COUNSEL:
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama, 35259-8512
(205) 868-6000

## CERTIFICATE OF SERVICE

I hereby certify that on **June 9, 2006**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kenneth L. Funderburk, Esq.
P.O. Box 1268
1313 Broad Street
Phenix City, AL  36868-1268

Daniel A. Ragland, Esq.
Resurgens Plaza, Suite 2250
945 East Paces Ferry Road, NE
Atlanta, GA  30326

{B0604027}

        Respectfully submitted,


        <u>s/George E. Newton, II</u>
        George E. Newton, II
        Bar No.:  ASB-7895-E32N
        Starnes & Atchison, LLP
        P.O. Box 598512
        Birmingham, AL  35259
        Telephone:  205.868.6000
        Facsimile:  205.868.6099