# RAGLAND & JONES, LLP
### TRIAL ATTORNEYS

**Daniel A. Ragland**
dar@atlantalawfirm.net

**Evan W. Jones**
ewj@atlantalawfirm.net

June 9, 2006

**<u>VIA FACSIMILE (205) 868-6099 AND U.S. MAIL</u>**

George E. Newton, II, Esq.
Starnes & Atchison, LLP
P.O. Box 598512
Birmingham, AL 598512

      RE:    <u>Adaorah Abor-Watson v. Gwen M. Cooper, M.D.,
              and East Alabama Women's Clinic, P.C.</u>
              Civil Action File Number: 2:06CV287-VPM

Dear Mr. Newton:

    I am writing to let you know that I received the Agreed Discovery Plan via facsimile yesterday and that it meets with my approval. However, you can and should serve this and other pleadings to me electronically. All notifications should be sent to me using the CM/ECF system which we are now on.

    Please contact my office if you have any questions.

                            Sincerely,

                            RAGLAND & JONES, LLP

                            Daniel A. Ragland

DAR/jkk
Enclosure
cc:    Russell G. Keener, Esq. (with enclosure)
       Kenneth Funderburk (with enclosure)
       Andrew E. Goldner, Esq. (with enclosure)
       Adaorah Abor-Watson (with enclosure)