IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06CV287-VPM |
| | ) |
| GWEN M. COOPER, M.D.; EAST | ) |
| ALABAMA WOMEN'S CLINIC, PC., | ) |
| | ) |
| Defendant. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

June 8, 2006
DATE

[signature]
SIGNATURE

Gwen M. Cooper MD + East Alabama Womens Clinic, PC
COUNSEL FOR (print name of all parties)

100 Brookwood Place, B'ham, AL 35209
ADDRESS, CITY, STATE, ZIP CODE

205/868-6000
TELEPHONE NUMBER

**\*\*\* DO NOT FILE THIS DOCUMENT ELECTRONICALLY \*\*\***

3