IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUN 12 P 1:23

| | |
|---|---|
| ADAORAH ABOR-WATSON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:06CV287-VPM |
| GWEN M. COOPER, M.D.; EAST ALABAMA WOMEN'S CLINIC, PC., | ) |
| Defendant. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_May 23, 2006_
DATE

_[signature]_
SIGNATURE

_Plaintiff_
COUNSEL FOR (print name of all parties)

_945 E. Paces Ferry Rd., NE Ste 2250_
_Atlanta, GA. 30326_
ADDRESS, CITY, STATE, ZIP CODE

_404.842.7245_
TELEPHONE NUMBER

*** **DO NOT FILE THIS DOCUMENT ELECTRONICALLY** ***

3