IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ADAORAH ABOR-WATSON | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CIVIL ACTION |
| GWEN M. COOPER, M.D.; and EAST ALABAMA WOMEN'S CLINIC, P.C., an Alabama professional corporation, | ) ) ) ) ) ) | FILE NO. 2:06CV287-VPM |
| Defendants. | ) | |

## MOTION FOR ADMISSION PRO HAC VICE
## OF ATTORNEY ANDREW E. GOLDNER

Pursuant to M.D. Ala. LR 83.1(a)(1)(B), the undersigned counsel for the Plaintiff, Adaorah Abor-Watson, hereby request that Andrew E. Goldner, attorney-at-law, be admitted to this Court pro hac vice, and that he be allowed to serve as co-counsel for the Plaintiff. In support of this Motion, the undersigned state as follows:

1.  Mr. Goldner has attached hereto as Exhibit "A" an Affidavit in which he declares that he is a civil trial attorney with over 3 years experience, that he is a member of the State Bar of Georgia (Ga. Bar No. 297329), that he is a member in good standing of the U.S. District Court for the Northern District of Georgia, that he resides and has his law office in Atlanta, that he is co-counsel for Plaintiff, and that he desires admission pro hac vice to this Court so that he can prosecute this case on behalf of the Plaintiff.

2. Mr. Goldner's Affidavit has attached a Certificate of Good Standing from the U.S. District court for the Northern District of Georgia.

3. Kenneth Funderburk is a member of the State Bar of Alabama and is a member in good standing of the U.S. District Court for the Middle District of Alabama.

4. Mr. Funderburk's law office is located at 1313 Broad Street Phenix City, AL 36868, so he is located and regularly practices law in the State of Alabama.

5. Both of the undersigned attorneys hereby agree to be bound by all local rules and all rules governing professional conduct applicable to this Court.

WHEREFORE, the undersigned attorneys hereby request that Andrew E. Goldner be admitted to this Court pro hac vice for the purpose of serving as lead counsel for the Plaintiff in this case.

Dated this 19th day of June, 2006.

FUNDERBURK, DAY & LANE

P.O. Box 1268
1313 Broad Street
Phenix City, AL 36868-1268
(334) 297-2900 Phone
(334) 297-2224 Facsimile

Kenneth L. Funderburk
Alabama Bar No. FUN002

RAGLAND & JONES, LLP

Andrew E. Goldner
Georgia Bar No. 297329

Resurgens Plaza, Suite 2250
945 E. Paces Ferry Road, N.E.
Atlanta, GA 30326
(404) 842-7245 Phone
(404) 842-7222 Facsimile