IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GWEN M. COOPER, M.D.; and )<br>EAST ALABAMA WOMEN'S )<br>CLINIC, P.C., an Alabama professional )<br>corporation, )<br>)<br>Defendants. ) | CIVIL ACTION<br>FILE NO. 2:06CV287-VPM |

### AFFIDAVIT OF ANDREW E. GOLDNER

BEFORE ME, personally appeared ANDREW E. GOLDNER, who, states as follows:

1. That I am an associate in the law firm of Ragland & Jones, LLP, and maintain my practice at the offices of the firm located at Resurgens Plaza, Suite 2250, 945 E. Paces Ferry Road, N.E,. Atlanta, Georgia 30326.

2. That I am licensed to practice law in the State of Georgia and I am an active member in good standing with the State Bar of Georgia. My Georgia Bar No. is 297329.

3. That I have been a member of the State Bar of Georgia and have practiced law as a civil trial lawyer continuously since October 2002. For most of my legal career, I have specialized in handling cases of alleged medical malpractice and other matters involving wrongful death or personal injuries.

1

4. That I am a member, in good standing, of the U.S. District Court for the Northern District of Georgia where I reside and regularly practice law, and attached hereto is a Certificate of Good Standing from that federal court.

5. That over the last five (5) years, I have not been admitted to practice pro hac vice in the State of Alabama on any other matters.

6. That I represent Adaorah Abor-Watson, the Plaintiff name above, and that I will serve as Plaintiff's co-counsel in this case.

7. That on behalf of the Plaintiff, my firm has retained Kenneth Funderburk, a resident attorney in Alabama (Alabama Bar Number FUN002) to serve as local counsel in this case.

8. That I desire admission pro hac vice to the U.S. District Court for the Middle District of Alabama so that I can prosecute this civil cause of action on behalf of the Plaintiff.

UNDER PENALTIES OF PERJURY, I declare that I have read the foregoing, and the facts alleged are true to the best of my knowledge and belief.

Dated this 14th day of June, 2006.

_____
Andrew E. Goldner
Georgia Bar No. 297329

SWORN TO AND SUBSCRIBED BEFORE ME,
THIS __14__ DAY OF __June__, 2006.

_____
NOTARY PUBLIC
AFFIX SEAL HERE
COMMISSION EXPIRES 3-21-09

2



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA                } 
                                        } ss.
NORTHERN DISTRICT OF GEORGIA            }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **ANDREW E. GOLDNER, 297329,** was duly admitted to practice in said Court on February 28, 2003 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 14th day of June, 2006.

LUTHER D. THOMAS
CLERK OF COURT

By: *Eugene T. Thornton*
Eugene T. Thornton
Deputy Clerk

