IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GWEN M. COOPER, M.D.; and )<br>EAST ALABAMA WOMEN'S )<br>CLINIC, P.C., an Alabama professional )<br>corporation, )<br>)<br>Defendants. ) | CIVIL ACTION<br>FILE NO. 2:06CV287-VPM |

## ORDER FOR ADMISSION PRO HAC VICE
## OF ATTORNEY ANDREW E. GOLDNER

Upon Motion for Admission Pro Hac Vice of Andrew E. Goldner submitted by Kenneth Funderburk and Daniel A. Ragland, attorneys for Plaintiff, and that Motion being adequately supported and good cause being show,

IT IS HEREBY ORDERED that said Motion is GRANTED and attorney Andrew E. Goldner be admitted to this Court pro hac vice pursuant to M.D. Al. LR 83(a)(1)(B), so that he can represent the Plaintiff in this case.

SO ORDERED, this ___ day of _____, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

1

PREPARED AND SUBMITTED BY:

                                  FUNDERBURK, DAY & LANE

P.O. Box 1268
1313 Broad Street
Phenix City, AL 36868-1268       Kenneth L. Funderburk
(334) 297-2900 Phone           Alabama Bar No. FUN002
(334) 297-2224 Facsimile

                                  RAGLAND & JONES, LLP

Resurgens Plaza, Suite 2250
945 E. Paces Ferry Road, N.E.     Andrew E. Goldner
Atlanta, GA 30326               Georgia Bar No. 297329
(404) 842-7245 Phone
(404) 842-7222 Facsimile