IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO.  2:06cv287-VPM |
| | ) |
| GWEN M. COOPER, M.D. et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

Upon consideration of the Motion for Admission Pro Hac Vice of Attorney Andrew E. Goldner (Doc. #10), filed on 19 June 2006, and it appearing that ANDREW E. GOLDNER, ESQ., is a member in good standing of the United States District Court for the Northern District of Georgia, it is

ORDERED that the motion be and the same is hereby GRANTED.

DONE this 20th day of June, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE