MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 6/20/06           DIGITAL RECORDING: 10:33 - 11:03

DATE COMPLETED: 6/20/06

ADAORAH ABOR-WATSON           *           2:06cv287-VPM

vs                            *

GWEN M. COOPER, et al         *

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Andrew Goldner | | George Edwin Newton, II |

COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy
Bernodine Thomas, Judicial Assistant

PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS: Scheduling Conference


SEE MINUTES ATTACHED

| Description | 2:06cv287-VPM: Adaorah Abor-Watson vs. Gwen M. Cooper, et al: Scheduling Conference | |
|---|---|---|
| Date | 6/20/2006 | Location |
| Time | Speaker | Note |
| 10:34:03 AM | Court | Convenes |
| 10:34:28 AM | Counsel | No Disputes regarding jurisdiction |
| 10:36:51 AM | Court | Lead Counsel required to appear for Scheduling Conference in the future |
| 10:38:55 AM | Court | Discussion of September 07 Trial Date; Experts witnesses will likely be called from out of state; Discussion regarding Initial Disclosure; 30 days after scheduling order, plaintiff provide itemization of damages to defendant and an estimate of future damages; Counsel present at scheduling conference will participate in trial |
| 10:47:26 AM | Counsel | No Companion or Administrative Cases filed |
| 10:48:28 AM |  | Scheduling Order will adjust Expert Witness Deposition deadline |
| 10:49:17 AM | Court | Order to be issued that 6 months from date of scheduling order, parties submit stipulated facts |
| 10:52:00 AM | Defense | Dr. Cooper is hearing impaired, counsel requests Dr. Cooper have a clear view of witnesses testifying; Equipment will be available in the Courtroom for hearing impaired; |
| 10:54:29 AM | Counsel | All documents for trial are likely within the state with the exception of expert witness |
| 10:57:23 AM | Court | Dr. Cooper should be prepared to be present for trial |
| 10:59:55 AM | Court | Counsel to file a Proposed Consent Hippo Order accompanied with a motion for protective order |
| 11:02:33 AM | Judicial Asst. | Counsel informed to send orders to proposed order box |
| 11:02:44 AM |  | Recess |