IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06CV287-VPM |
| | ) |
| GWEN M. COOPER, M.D., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Based upon counsel's representations at the scheduling conference conducted on 20 June 2006, and for good cause, it is ORDERED as follows:

1. On or before 21 July 2006, the plaintiff shall file with the Clerk of the court and serve upon counsel for the defendant an itemization of her objective damages and loss allegedly caused by the defendants (medical expenses, medication, wage loss, etc.). Objective damages and loss shall include those damages that are subject to mathematical calculation.

2. The itemization shall also include a reasonable estimate of future objective damages attributable to anticipated medical procedures, medications, hospitalizations, loss or wages, or other events.

3. The itemization of objective damages shall not consider non-quantifiable compensatory or punitive damages, and the statement shall conclude in a definite total monetary figure which shall constitute the plaintiff's objective

damages claim as of the date of filing. The plaintiff is REMINDED that she is bound by the itemization and that only objective damages accrued after the notice is filed and non-quantifiable compensatory and punitive damages may be added for purposes of proof at trial or in settlement.

DONE this 21st day of June, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE