IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06CV287-VPM |
| ) | |
| GWEN M. COOPER, M.D., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Based upon counsel's representations at the scheduling conference conducted on 20 June 2006, and for good cause, it is

ORDERED that, on or before 21 December 2006, the parties shall file a Notice of Stipulated Facts which shall include the facts which are undisputed in this case. The court has concluded that, inasmuch as causation is a material issue in this case, the parties should be able to agree upon most of the developmental facts, avoid substantial contention, and, consistent with the Civil Justice Reform Act, reduce the cost of this litigation for themselves and their counsel.

DONE this 21st day of June, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE