IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| GWEN M. COOPER, M.D.; EAST ALABAMA WOMEN'S CLINIC, PC, | ) CIVIL ACTION NO. 2:06:287-VPM ) ) ) |
| Defendants. | ) ) |

## MOTION FOR PROTECTIVE ORDER

COMES NOW the defendants, Gwen M. Cooper, M.D. and East Alabama Women's Clinic, P.C. and respectfully move this Court to enter a protective order to assist the parties in compliance with the requirements of HIPAA Privacy Rules, 45 C.F.R. § 164.512(e). The standard language HIPAA Consent Order is attached hereto as Exhibit A.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request that this Court enter a protective order expressly authorizing disclosure of protected health information by the parties and third parties to counsel for the parties.

Respectfully Submitted,

s/ George E. Newton, II
Michael K. Wright  ASB: 6338-G40M
George E. Newton, II  ASB: 7895-E32N
Attorneys for Gwen M. Cooper, M.D. and
East Alabama Women's Clinic, PC

{B0608348}

OF COUNSEL:
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama, 35259-8512
(205) 868-6000

## CERTIFICATE OF SERVICE

I hereby certify that on **June 23, 2006**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kenneth L. Funderburk, Esq.
P.O. Box 1268
1313 Broad Street
Phenix City, AL  36868-1268

Daniel A. Ragland, Esq.
Resurgens Plaza, Suite 2250
945 East Paces Ferry Road, NE
Atlanta, GA  30326

    Respectfully submitted,

    s/George E. Newton, II
    George E. Newton, II
    Bar No.:  ASB-7895-E32N
    Starnes & Atchison, LLP
    P.O. Box 598512
    Birmingham, AL  35259
    Telephone:  205.868.6000
    Facsimile:  205.868.6099

{B0608348}