IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON,   )<br>  )<br>   Plaintiff,   )<br>  )<br>vs.   )   CIVIL ACTION NO. 2:06:287-VPM<br>  )<br>GWEN M. COOPER, M.D.; EAST   )<br>ALABAMA WOMEN'S CLINIC, PC,   )<br>  )<br>   Defendants.   )   | |

## MOTION TO TRANSFER DIVISION

COME NOW the defendants, East Alabama Women's Clinic, PC and Gwen M. Cooper, M.D., and move the Court to transfer this matter from the Northern Division of the Middle District of Alabama to the Eastern Division of the Middle District of Alabama. In support of this Motion, these defendants would show as follows:

1. This action was filed by the plaintiff in the Northern Division of the Middle District of Alabama, which does not include Lee County.

2. The defendants in this action are both residents of Lee County, Alabama. All of the care and treatment at issue in this case occurred in Lee County. The Eastern Division of the Middle District of Alabama encompasses Lee County.

3. Federal jurisdiction in this action is based solely upon diversity of citizenship, the plaintiff being a resident of the state of Georgia.

4. Venue in this action is governed by 28 U.S.C.A. § 1391, which provides:

   (a) A civil action wherein jurisdiction is founded only on diversity of citizenship may, except as otherwise provided by law, be brought only in

> (1) a judicial district where any defendant resides, if all defendants reside in the same State,
> (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or
> (3) a judicial district in which any defendant is subject to personal jurisdiction at the time the action is commenced, if there is no district in which the action may otherwise be brought.

28 U.S.C.A. § 1391 (emphasis added).

5. It is within the discretion of this Court to transfer this action from one judicial district or division to another, provided the action could have or should have originally been brought in that alternate district or division. Specifically, 28 U.S.C.A. § 1406 provides, in pertinent part:

> (a) The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.

28 U.S.C.A. § 1406(a).

6. As represented to this Court by undersigned counsel during the recent scheduling conference, these defendants do not contest diversity jurisdiction and do not contest that the Middle District is the appropriate venue for this action.

6. Under the authority of 28 U.S.C.A. § 1391, however, as these defendants reside in Lee County, which is within the Eastern Division of the Middle District, and as the entirety of the care and treatment at issue in this case occurred in Lee County, the only appropriate "judicial district" for this action is the Eastern Division of the Middle District of Alabama.

{B0608379}

8.     Transfer of this action to the Eastern Division is also appropriate according to the doctrine of *forum non conveniens*.  On motion for transfer of venue for convenience of parties, a transfer is appropriate if: (1) the action might have been brought in the proposed transferee court, and (2) various factors are satisfied so as to determine if a transfer to a more convenient forum is justified. *Meterlogic, Inc. v. Copier Solutions, Inc.*, 185 F. Supp. 2d 1292 (USDC SD Fla. 2002); 28 U.S.C.A. § 1404(a).

9.     For the reasons stated above, the Eastern Division of the Middle District is the only appropriate division for this action pursuant to 28 U.S.C.A. § 1391.  Accordingly, this action could and should have been brought in that division.

10.    Considering factors relating to the convenience of the parties, the Eastern Division of the Middle District is a more appropriate forum for the litigation of this action.  All defendants and many fact witnesses reside in the Eastern Division as all the care and treatment at issue in this case occurred within Lee County.  The plaintiff and all other subsequent treating health care providers are residents of the Atlanta metropolitan area, which is much closer geographically to the Eastern Division of the Middle District than the Northern Division.

11.    The plaintiff will not be prejudiced by transfer to the Eastern Division.  To the contrary, as plaintiff and her counsel are located in the Atlanta metropolitan area, the transfer of this action would serve to convenience the plaintiff's litigation of this case.

12.    As a transfer of division does not require reassignment of the matter to another court or judge,  no delay or disruption in the progress of this litigation will accompany this transfer.

{B0608379}

WHEREFORE, PREMISES CONSIDERED, these defendants respectfully move this Court to transfer this action from the Northern Division of the Middle District to the Eastern Division of the Middle District.

Respectfully Submitted,

s/ George E. Newton, II
Michael K. Wright  ASB: 6338-G40M
George E. Newton, II  ASB: 7895-E32N
Attorneys for Gwen M. Cooper, M.D. and
East Alabama Women's Clinic, PC

OF COUNSEL:
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama, 35259-8512
(205) 868-6000

## CERTIFICATE OF SERVICE

I hereby certify that on **June 27, 2006**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kenneth L. Funderburk, Esq.
P.O. Box 1268
1313 Broad Street
Phenix City, AL  36868-1268

Daniel A. Ragland, Esq.
Resurgens Plaza, Suite 2250
945 East Paces Ferry Road, NE
Atlanta, GA  30326

{B0608379}

<u>s/George E. Newton, II</u>
George E. Newton, II
Bar No.: ASB-7895-E32N
Starnes & Atchison, LLP
P.O. Box 598512
Birmingham, AL  35259
Telephone:  205.868.6000
Facsimile:  205.868.6099

{B0608379}