IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06CV287-VPM |
| ) | [WO] |
| GWEN M. COOPER, M.D., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

With the issuance of the Consent HIPAA Order on 29 June 2006 (Doc. # 20), it is

ORDERED that the Motion for Protective Order, filed on 23 June 2006 (Doc. # 18), is GRANTED.

DONE this 30th day of June, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE