**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF TRANSFER OF DIVISION

Re:    Adaorah Abor-Watson vs. Gwen M. Cooper
       Civil Action No. 2:06cv287-VPM

The above-styled case has been transferred to the Eastern Division of the Middle District of Alabama.

Please note that the case number is now 3:06cv287-VPM. This new case number should be used on all future correspondence and pleadings in this action.