IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) ) ) CIVIL ACTION NO. 3:06cv287-VPM |
| GWEN M. COOPER, M.D.; EAST ALABAMA WOMEN'S CLINIC, PC, | ) ) ) ) |
| Defendants. | ) ) |

**MOTION FOR PROTECTIVE ORDER**

COME NOW the defendants, East Alabama Women's Clinic, PC and Gwen M. Cooper, M.D., and move the Court to enter a protective order protecting disclosure of information regarding professional liability insurance coverage on behalf of these defendants. In support of this Motion, these defendants would show as follows:

1. Pursuant to the initial disclosure requirements of Rule 26(a)(1)(D), a copy of any insurance agreement which might be available to satisfy a judgment is to be produced.

2. This action is governed by the substantive provisions of the Alabama Medical Liability Act.

3. The Alabama Medical Liability Act protects from discovery information related to available coverage in an action for medical liability. Alabama Code §§ 6-5-548; 6-5-549.1.

{B0614258}

WHEREFORE, PREMISES CONSIDERED, these defendants respectfully request this Court to enter a protective order relieving this defendants' obligations under the initial disclosure requirements of Federal Rule of Civil Procedure 26(a)(1)(D).

    s/George E. Newton, II
Michael K. Wright (WRI005)
George E. Newton (NEW049)
Attorneys for Gwen M. Cooper, M.D. and
East Alabama Women's Clinic, PC

OF COUNSEL:
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama, 35259-8512
(205) 868-6000

## CERTIFICATE OF SERVICE

I hereby certify that on **July 17, 2006**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kenneth L. Funderburk, Esq.
P.O. Box 1268
1313 Broad Street
Phenix City, AL  36868-1268

Daniel A. Ragland, Esq.
Resurgens Plaza, Suite 2250
945 East Paces Ferry Road, NE
Atlanta, GA  30326

    s/George E. Newton, II
George E. Newton, II
Bar No.:  ASB-7895-E32N
Starnes & Atchison, LLP
P.O. Box 598512
Birmingham, AL  35259
Telephone:  205.868.6000

{B0614258}