IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | )  CIVIL ACTION NO. 3:06cv287-VPM |
| GWEN M. COOPER, M.D.; EAST | ) |
| ALABAMA WOMEN'S CLINIC, PC, | ) |
| | ) |
| Defendants. | ) |

**PROTECTIVE ORDER**

The Court hereby grants defendants' Motion for Protective Order seeking relief from Federal Rule of Civil Procedure 26(a)(1) seeking information regarding defendants' professional liability coverage limits, prohibited from discovery under the Alabama Medical Liability Act, Alabama Code §§ 6-5-548; 6-5-549.1.

It is so DONE and ORDERED this _____ day of _____, 2006.

_____
Vanzetta Penn McPherson
Magistrate Judge

cc:
Michael K. Wright
George E. Newton
Kenneth L. Funderburk, Esq.
Daniel A. Ragland, Esq.
Andrew E. Goldner, Esq.

{B0614259}