IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION |
| ) | FILE NO. 2:06CV287-VPM |
| GWEN M. COOPER, M.D.; and ) | |
| EAST ALABAMA WOMEN'S ) | |
| CLINIC, P.C., an Alabama professional ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S INITIAL DISCLOSURES

Plaintiff hereby makes the following disclosures as provided in Fed R Civ. Proc 26(a)(1):

**Disclosure Number 1 [Fed R Civ. Proc 26(a)(1)(A)]:**

The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**Plaintiff's Response:**

Adaorah Abor-Watson, 4621 Waters Edge Lane, Acworth, Georgia 30101. Plaintiff who received the medical care at issue.

Chineyere Nwegbo, 4621 Waters Edge Lane, Acworth, Georgia 30101. Sister of the Plaintiff who has knowledge of some of the medical care at issue and the Plaintiff's damages.

Simeon Nwegbo, 4621 Waters Edge Lane, Acworth, Georgia 30101. Brother-in-Law of Plaintiff who has knowledge of some of the medical care at issue and Plaintiff's

1

damages.

Lotanna J. Amazu, 4621 Waters Edge Lane, Acworth, Georgia 30101. Plaintiff's niece who may have knowledge of Plaintiff's damages.

Chike A. Amazu, Jr., 4621 Waters Edge Lane, Acworth, Georgia 30101. Plaintiff's nephew who may have knowledge of Plaintiff's damages.

All medical care providers and other employees of East Alabama Women's Clinic, P.C. who interacted with or provided care to the Plaintiff, including but not limited to:

> Gwen Cooper, M.D.
> 1312 Gwen Mill Drive
> Opelika, Alabama 36801
> (Defendant physician who provided the medical care at issue)
>
> Njideke Obikewe, M.D.
> East Alabama Women's Clinic, P.C.
> 502 East Thomason Circle
> Opelika, Alabama 36801
> (physician at East Alabama Women's Clinic, P.C. who provided medical care to Plaintiff)
>
> Bonita Jones, M.D.
> East Alabama Women's Clinic, P.C.
> 502 East Thomason Circle
> Opelika, Alabama 36801
> (physician at East Alabama Women's Clinic, P.C. who provided medical care to Plaintiff)

All medical care providers and other employees of East Alabama Medical Center who provided care to the Plaintiff, including but not limited to:

> Soma Nagendran, M.D.
> East Alabama Medical Center
> 2000 Pepperell Parkway
> Opelika, Alabama 36802-3201
> (pathologist identified in the medical records of East Alabama Medical Center)

Michael P. Johnson, M.D.
East Alabama Medical Center
2000 Pepperell Parkway
Opelika, Alabama 36802-3201
(pathologist identified in the medical records of East Alabama Medical Center)


David M. Downs, M.D.
East Alabama Medical Center
2000 Pepperell Parkway
Opelika, Alabama 36802-3201
(radiologist identified in the medical records of East Alabama Medical Center)

J. Clements, RN
East Alabama Medical Center
2000 Pepperell Parkway
Opelika, Alabama 36802-3201

Lucy Walton, RN
East Alabama Medical Center
2000 Pepperell Parkway
Opelika, Alabama 36802-3201

Debbie Edwards, RN
East Alabama Medical Center
2000 Pepperell Parkway
Opelika, Alabama 36802-3201

L. Wesley, RN
East Alabama Medical Center
2000 Pepperell Parkway
Opelika, Alabama 36802-3201

Paige Kahn, RN
East Alabama Medical Center
2000 Pepperell Parkway
Opelika, Alabama 36802-3201

J. Barber, RN
East Alabama Medical Center
2000 Pepperell Parkway
Opelika, Alabama 36802-3201

The names of many medical care providers of East Alabama Medical Center are either incompletely listed or are illegible. Plaintiff hereby incorporates, by reference, all

people so identified in the medical records of the Plaintiff from East Alabama Medical Center.

All medical care providers and other employees of WellStar Kennestone Hospital who provided care to the Plaintiff, including but not limited to:

Matthew Novak, M.D.
WellStar Kennestone Hospital
677 Church Street
Marietta, Georgia 30060
(performed April 27, 2004 exploratory laparotomy and rigid sigmoidoscopy upon Plaintiff at WellStar Kennestone Hospital and provided associated medical care to Plaintiff)

Rhonda Williams, M.D.
WellStar Kennestone Hospital
677 Church Street
Marietta, Georgia 30060
(consulted by Dr. Novak during April 27, 2004 procedure)

Henry J. Zielinski, M.D.
WellStar Kennestone Hospital
677 Church Street
Marietta, Georgia 30060
(took down Plaintiff's colostomy on July 27, 2004)

Robert E. Chandlee, M.D.
WellStar Kennestone Hospital
677 Church Street
Marietta, Georgia 30060
(read CT of Plaintiff's pelvis on or about April 25, 2004)

Brian M. Gordon, M.D.
WellStar Kennestone Hospital
677 Church Street
Marietta, Georgia 30060
(read a gallbladder ultrasound on or about April 26, 2004)

James Tallman, M.D.
WellStar Kennestone Hospital
677 Church Street
Marietta, Georgia 30060
(read a pelvic ultrasound on or about April 26, 2004)

      Kelley Campanaro, M.D.
      WellStar Kennestone Hospital
      677 Church Street
      Marietta, Georgia 30060
      (provided care to the Plaintiff at WellStar Kennestone Hospital on or about April 25, 2004 and afterwards)

      Robert M. Strauss, M.D.
      WellStar Kennestone Hospital
      677 Church Street
      Marietta, Georgia 30060
      (read a surgical pathology report on or about April 28, 2004)

      Gregory Lunceford, M.D.
      WellStar Kennestone Hospital
      677 Church Street
      Marietta, Georgia 30060
      (May 5, 2004 consult)

      Sara F. Nolting, M.D.
      WellStar Kennestone Hospital
      677 Church Street
      Marietta, Georgia 30060
      (read a surgical pathology report on or about April 28, 2004)

      Don W. Shaffer, II, M.D.
      WellStar Kennestone Hospital
      677 Church Street
      Marietta, Georgia 30060
      (July 29, 2004 consult)

The names of many medical care providers at WellStar Kennestone Hospital are either incompletely listed or are illegible. Plaintiff hereby incorporates, by reference, all people so identified in the medical records of the Plaintiff from WellStar Kennestone Hospital.

**Disclosure Number 2 [Fed R Civ. Proc 26(a)(1)(B)]:**

      A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**Plaintiff's Response:**

      Medical records from East Alabama Women's Clinic, P.C. in Opelika, Alabama;

      Medical records from East Alabama Medical Center in Opelika, Alabama;

      Medical records from WellStar Kennestone Hospital in Marietta, Georgia;

      Billing statements from East Alabama Women's Clinic, P.C. in Opelika, Alabama;

      Billing statements from East Alabama Medical Center in Opelika, Alabama;

      Billing Statements from WellStar Kennestone Hospital in Marietta, Georgia.

**Disclosure Number 3 [Fed R Civ. Proc 26(a)(1)(C)]:**

A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**Plaintiff's Response:**

Pursuant to the Court's Order of June 21, 2006, Plaintiff will file with the Clerk of the Court and serve upon Defendants' counsel an itemization of Plaintiff's objective damages and loss caused by the Defendants (medical expenses, medication, wage loss, etc.) on or before July 21, 2006.

Submitted this 17th day of July, 2006.

>RAGLAND & JONES, LLP
>s// Daniel A. Ragland
>Georgia State Bar No. 003340
>s// Andrew E. Goldner
>Georgia State Bar No. 297329
>Resurgens Plaza, Suite 2250
>945 E. Paces Ferry Road, N.E.
>Atlanta, GA 30326
>(404) 842-7245
>dar@atlantalawfirm.net
>aeg@atlantalawfirm.net
>
>FUNDERBURK, DAY & LANE
>s// Kenneth L. Funderburk
>Alabama Bar No. FUN002
>1313 Broad Street
>Phenix City, AL 36868-1268
>(334) 297-2900
>
>ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION |
| ) | FILE NO. 2:06CV287-VPM |
| GWEN M. COOPER, M.D.; and ) | |
| EAST ALABAMA WOMEN'S ) | |
| CLINIC, P.C., an Alabama professional ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the above and foregoing PLAINTIFF'S INITIAL DISCLOSURES upon Defendants by electronic filing and by U.S. Mail addressed as follows:

George E. Newton, Esq.
Michael K. Wright, Esq.
Starnes & Atchison, LLP
P.O. Box 598512
Birmingham, AL 35259-8512

Submitted this 17th day of July, 2006.

        RAGLAND & JONES, LLP
        s// Daniel A. Ragland
        Georgia State Bar No. 003340
        s// Andrew E. Goldner
        Georgia State Bar No. 297329
        Resurgens Plaza, Suite 2250
        945 E. Paces Ferry Road, N.E.
        Atlanta, GA 30326
        (404) 842-7245
        dar@atlantalawfirm.net
        aeg@atlantalawfirm.net

        FUNDERBURK, DAY & LANE
        s// Kenneth L. Funderburk
        Alabama Bar No. FUN002
        1313 Broad Street
        Phenix City, AL 36868-1268
        (334) 297-2900

        ATTORNEYS FOR PLAINTIFF