IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ADAOORAH ABOR-WATSON, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv287-VPM |
| GWEN M. COOPER, M.D.; EAST ALABAMA WOMEN'S CLINIC, PC, | ) |
| Defendants. | ) |

## PROTECTIVE ORDER

The Court hereby grants defendants' Motion for Protective Order seeking relief from Federal Rule of Civil Procedure 26(a)(1) seeking information regarding defendants' professional liability coverage limits, prohibited from discovery under the Alabama Medical Liability Act, Alabama Code §§ 6-5-548; 6-5-549.1.

It is so DONE and ORDERED this 19th day of July, 2006.

/s/ Vanzetta Penn McPherson
Vanzetta Penn McPherson
United States Magistrate Judge

cc:
Michael K. Wright
George E. Newton
Kenneth L. Funderburk, Esq.
Daniel A. Ragland, Esq.
Andrew E. Goldner, Esq.