IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION |
| ) | FILE NO. 2:06CV287-VPM |
| GWEN M. COOPER, M.D.; and ) | |
| EAST ALABAMA WOMEN'S ) | |
| CLINIC, P.C., an Alabama professional ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S DISCLOSURE OF OBJECTIVE DAMAGES**

Pursuant to the Court's Order of June 21, 2006, Plaintiff hereby discloses that she has suffered the following objective damages:

Medical Expenses

| | | |
|---|---|---|
| Advanced Surgical Group of NW Georgia | 4/26/04 | $ 3,898.00 |
| Cobb County Community Services Board | 7/07/04 | $ 118.92 |
| East Alabama Medical Center | 1/30/04 | $ 392.82 |
| East Alabama Medical Center | 3/01-3/13/04 | $ 20,406.94 |
| East Alabama Medical Center | 4/01-4/06/04 | $ 8,567.11 |
| East Alabama Women's Clinic, P.C. | 4/11/05 | $ 1,970.00 |
| Georgia Anesthesiologists, P.C. | 4/27/04 | $ 1,593.00 |
| Physicians' Immediate Med | 3/15/06 | $ 447.73 |
| Physicians' Immediate Med | 3/16/06 | $ 357.06 |
| Physicians' Immediate Med | 6/02/06 | $ 94.16 |
| Physicians' Immediate Med | 6/06/06 | $ 155.37 |
| Quantum Radiology Northwest | 7/16/04 | $ 1,404.00 |
| Quantum Radiology Northwest | 4/14/06 | $ 475.00 |
| Quantum Radiology Northwest | 4/14/06 | $ 77.00 |
| WellStar Kennestone Hospital | 12/24/03 | $ 1,244.00 |
| WellStar Kennestone Hospital | 7/12/04 | $ 842.00 |
| WellStar Kennestone Hospital | 11/12/04 | $ 1,401.00 |
| WellStar Kennestone Hospital | 4/25-5/07/04 | $ 42,846.65 |
| WellStar Kennestone Hospital | 7/27-8/03/04 | $ 23,749.50 |

| | | |
|---|---|---|
| WellStar Physicians Group / Physician Group Hospitalists | 4/25-9/08/04 | $ 1,354.00 |
| WellStar Physicians Group / WellStar PG Pathologists | 9/27-12/07/04 | $ 868.00 |
| WellStar Physicians Group / WellStar Behavioral Health LLC | 5/05-5/05/04 | $ 329.00 |
| WellStar Physicians Group / WellStar Women's Care | 3/21/06 | $ 217.00 |
| WellStar Physicians Group / WellStar Women's Care | 3/29/06 | $ 225.00 |
| WellStar Physicians Group / WellStar Women's Care | 4/10/06 | $ 60.00 |
| WellStar Physicians Group / WellStar Women's Care | 4/25/06 | $ 75.00 |
| | TOTAL | $ 113,168.26 |

Plaintiff may require future medical treatment, but Plaintiff is currently unable to provide an estimate of the costs of any such future care which might be necessary.

Submitted this 21st day of July, 2006.

>RAGLAND & JONES, LLP
>s// Daniel A. Ragland
>Georgia State Bar No. 003340
>s// Andrew E. Goldner
>Georgia State Bar No. 297329
>Resurgens Plaza, Suite 2250
>945 E. Paces Ferry Road, N.E.
>Atlanta, GA 30326
>(404) 842-7245
>dar@atlantalawfirm.net
>aeg@atlantalawfirm.net
>
>FUNDERBURK, DAY & LANE
>s// Kenneth L. Funderburk
>Alabama Bar No. FUN002
>1313 Broad Street
>Phenix City, AL 36868-1268
>(334) 297-2900
>lslefun3@fdlawyers.com
>
>ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION |
| ) | FILE NO. 2:06CV287-VPM |
| GWEN M. COOPER, M.D.; and ) | |
| EAST ALABAMA WOMEN'S ) | |
| CLINIC, P.C., an Alabama professional ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the above and foregoing PLAINTIFF'S DISCLOSURE OF OBJECTIVE DAMAGES upon Defendants by electronic filing and by U.S. Mail addressed as follows:

George E. Newton, Esq.
Michael K. Wright, Esq.
Starnes & Atchison, LLP
P.O. Box 598512
Birmingham, AL 35259-8512

3

Submitted this 21st day of July, 2006.

        RAGLAND & JONES, LLP
        s// Daniel A. Ragland
        Georgia State Bar No. 003340
        s// Andrew E. Goldner
        Georgia State Bar No. 297329
        Resurgens Plaza, Suite 2250
        945 E. Paces Ferry Road, N.E.
        Atlanta, GA 30326
        (404) 842-7245
        dar@atlantalawfirm.net
        aeg@atlantalawfirm.net

        FUNDERBURK, DAY & LANE
        s// Kenneth L. Funderburk
        Alabama Bar No. FUN002
        1313 Broad Street
        Phenix City, AL 36868-1268
        (334) 297-2900
        Islefun3@fdlawyers.com

        ATTORNEYS FOR PLAINTIFF