IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv287-VPM |
| GWEN M. COOPER, M.D.; EAST ALABAMA WOMEN'S CLINIC, PC, | ) |
| Defendants. | ) |

**NOTICE OF STIPULATED FACTS**

COME NOW the parties, plaintiff Adaorah Abor-Watson, and defendants East Alabama Women's Clinic, PC and Gwen M. Cooper, M.D., and pursuant to this Court's Order of June 21, 2006, hereby submit the following statement of stipulated facts known to the parties thus far:

1. From February, 2004 until April, 2004, Ms. Abor-Watson was a patient of East Alabama Women's Clinic, P.C. During that time frame, she was seen by Drs. Cooper, Jones, and Obiekwe.

2. Dr. Gwen Cooper was acting within the line and scope of her employment with East Alabama Women's Clinic, P.C. in her care and treatment of Ms. Abor-Watson.

3. On March 11, 2004, at 24 weeks gestational age, Ms. Abor-Watson delivered prematurely while a patient at East Alabama Medical Center under the care of Bonita Jones, MD. The details of Ms. Abor-Watson's delivery can be found in the medical records of East Alabama Medical Center.

4. On April 1, 2004, Ms. Abor-Watson was seen by Dr. Bonita Jones at East Alabama Women's Clinic for complaints of pelvic pain. Dr. Jones admitted Ms. Abor-Watson to East Alabama Medical Center. On April 2, 2004, while at EAMC, a pelvic ultrasound was performed on Ms. Abor-Watson. The study was interpreted by Dr. David Downs. On April 2, 2004, Dr. Gwen Cooper performed a D&C on Ms. Abor-Watson for retained products of conception. The D&C was not an ultrasound guided procedure. The details of this care and treatment can be found in the records of East Alabama Women's Clinic, P.C. and East Alabama Medical Center. Ms. Abor-Watson was discharged home on April 6.

5. On April 15, 2004, Ms. Abor-Watson was seen by Dr. Obiekwe at East Alabama Women's Clinic for complaints of abdominal pain. Dr. Obiekwe diagnosed "possible degenerating fibroids." The details of this visit are contained within the East Alabama Women's Clinic, P.C. chart.

6. On April 20, 2004, Ms. Abor-Watson was seen by Dr. Gwen Cooper at East Alabama Women's Clinic, P.C. The details of the care and treatment rendered on this occasion are contained within the medical records of East Alabama Women's Clinic, P.C.

7. On April 24, 2004, Ms. Abor-Watson presented to the Emergency Department at Wellstar Kennestone Hospital with complaints of abdominal pain. On April 27, 2004, the following surgical procedures were performed at Wellstar Kennestone Hospital: exploratory laparotomy, lysis of adhesions, rigid sigmoidoscopy, segmental sigmoid colectomy with end colostomy and Hartmann's pouch, and left salpingo-

{B0659933}

oophorectomy. The details of the treatment rendered during this hospitalization are contained with the Wellstar Kennestone chart.

          s/George E. Newton, II

Michael K. Wright ASB-7202-E49W
George E. Newton   ASB-7895-E32N
Attorneys for Gwen M. Cooper, M.D. and
East Alabama Women's Clinic, PC

OF COUNSEL:
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama, 35259-8512
(205) 868-6000

          s/Andrew E. Goldner
Daniel A. Ragland 003340
Andrew E. Goldner 297329
Attorneys for Plaintiff

OF COUNSEL:
Ragland & Jones
Resurgens Plaza, Suite 2250
945 East Paces Ferry Road, NE
Atlanta, GA  30326

          s/Kenneth L. Funderburk
Kenneth L. Funderburk
Attorney for Plaintiff

OF COUNSEL:
Funderburk, Day & Lane
P.O. Box 1268
1313 Broad Street
Phenix City, AL  36868-1268