IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON,   )<br>　　　　　　　　　　　　　　)<br>　　Plaintiff,　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　)　CIVIL ACTION NO. 3:06cv287-WC<br>　　　　　　　　　　　　　　)<br>GWEN M. COOPER, M.D.; EAST　)<br>ALABAMA WOMEN'S CLINIC, PC, )<br>　　　　　　　　　　　　　　)<br>　　Defendants.　　　　　　　　) | |

**JOINT MOTION TO CONTINUE PARTY
AND FACTUAL DISCOVERY DEADLINE**

COME NOW the parties, plaintiff Adorah Abor-Watson and defendants Gwen M. Cooper, M.D. and East Alabama Women's Clinic, PC, by and through undersigned counsel, and move this Court for an extension of time to complete party and factual discovery. In support of this motion, the parties state as follows:

1.　The parties have been cooperatively moving toward completion of factual discovery in this matter.

2.　Pursuant to this Court's initial scheduling order, party and factual discovery is due to be completed by February 2, 2007.

3.　Due to the unavailability of the plaintiff because of a recent trip to Africa, the relocation of Dr. Bonita Jones, an employee of defendant East Alabama Women's Clinic, PC to Michigan, and recent conflicts in the schedules of the attorneys and physicians involved in this matter, a number of necessary party depositions remain outstanding.

{B0667582}

4. The parties have arranged for the deposition of the plaintiff to be taken February 2, 2007. The parties have arranged for the depositions of Dr. Gwen Cooper and Dr. Njideka Obiekwe, also an employee of defendant East Alabama Women's Clinic, PC, to be taken February 13 and 20 respectively, with the deposition of Dr. Bonita Jones to be taken at some point thereafter if the plaintiff elects to proceed with Dr. Jones' deposition.

5. Counsel for the plaintiff and counsel for the defendants have conferred at length regarding the progress of discovery and have agreed to move this Court jointly for an extension of time.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully move this Court to extend the February 2, 2007 deadline so that party and fact witness depositions may be completed by mutual agreement of the parties.

    _s/Andrew E. Goldner_____
    Daniel A. Ragland  003340
    Andrew E. Goldner  297329
    Attorneys for Adorah Abor-Watson

OF COUNSEL
Ragland & Jones LLP
Resurgens Plaza, Suite 2250
945 East Pace Ferry Road, NE
Atlanta, GA  30326

    s/George E. Newton, II_____

    Michael K. Wright ASB-6338-G40M
    George E. Newton  ASB-7895-E32N
    Attorneys for Gwen M. Cooper, M.D. and
    East Alabama Women's Clinic, PC

OF COUNSEL:
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama, 35259-8512
(205) 868-6000

{B0667582}