IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) ) ) |
| GWEN M. COOPER, M.D.; EAST ALABAMA WOMEN'S CLINIC, PC, | ) CIVIL ACTION NO. 3:06cv287-WC ) ) ) |
| Defendants. | ) ) |

## ORDER

The Court hereby grants the joint motion of the parties for extension of the February 2, 2007 discovery deadline.

It is so done and ordered this _____ day of January, 2007.

_____
Wallace Capel, Jr.
U.S. Magistrate Judge

cc:
Michael K. Wright
George E. Newton, II
Kenneth L. Funderburk, Esq.
Daniel A. Ragland, Esq.
Andrew E. Goldner, Esq.

{B0667595}