IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ADAOARH ABOR-WATSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06cv287-WC |
| | ) |
| GWEN M. COOPER, M.D.; EAST | ) |
| ALABAMA WOMEN'S CLINIC, PC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER ON MOTION**

On January 18, 2007, the parties filed this Joint Motion to Continue Party and Factual Discovery Deadline (Doc. #30). Upon consideration of the motion, it is

ORDERED that the motion is GRANTED. The discovery deadline is hereby extended to and including March 26, 2007.

Done this 19th day of January, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

1