RECEIVED
2007 MAR -5 A 9:31

NOTICE OF CHANGE OF ADDRESS

A. P. HACKETT,
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

TO:   All Judges, Clerk of Court, and Counsel of Record

COMES NOW Daniel A. Ragland and respectfully notifies all Judges before whom he has cases pending, all affected clerks of court, and all opposing counsel, that effective March 5, 2007, his firm address and phone information are changed to the following:

> Ragland & Jones, LLP
> South Terraces, Suite 425
> 115 Perimeter Center Place
> Atlanta, GA 30346
> (770) 407-7300 Telephone
> (770) 407-7310 Facsimile

All notices, pleadings, discovery and correspondence in this matter should be sent to Daniel A. Ragland at the above address.

This 27th day of February, 2007.

RAGLAND & JONES, LLP

_____
Daniel A. Ragland
Georgia Bar No. 003340

South Terraces, Suite 425
115 Perimeter Center Place
Atlanta, GA 30346
(770) 407-7300 Telephone
(770) 407-7310 Facsimile

## CERTIFICATE OF SERVICE

This is to certify that I have served a true copy of the within and foregoing NOTICE OF CHANGE OF ADDRESS upon all Judges, Clerks and opposing counsel listed on the attached Exhibit "A", by depositing said copy in the United States Mail, with adequate First Class postage affixed thereto.

This 27th day of February, 2007.

RAGLAND & JONES, LLP

_____
Daniel A. Ragland
Georgia Bar No. 003340

South Terraces, Suite 425
115 Perimeter Center Place
Atlanta, GA 30346
(770) 407-7300 Telephone
(770) 407-7310 Facsimile