**EXHIBIT "A"**

| Name of Case<br>Civil Action # | Name of Judge/Court | Defense Counsel |
|---|---|---|
| Adaorah Abor-Watson v. Gwen M. Cooper, M.D., et al.<br>Civil File No. 3:06CV287-WC : | Clerk of Court<br>United States District Court<br>Middle District of Alabama<br>Office of the Clerk<br>Post Office Box 711<br>Montgomery, Alabama 36101-0711<br><br>The Honorable Wallace Capel, Jr.<br>United States District Court Judge<br>Post Office Box 711<br>Montgomery, Alabama 36101-0711 | George E. Newton, Esq.<br>Starnes & Atchison LLP<br>Seventh Floor, 100<br>Brookwood Place<br>P.O. Box 598512<br>Birmingham, Alabama<br>35259-8512<br><br>Kenneth L. Funderburk, Esq.<br>P.O. Box 1268<br>1313 Broad Street<br>Phenix City, AL 36868-1268 |