IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GWEN M. COOPER, M.D.; and )<br>EAST ALABAMA WOMEN'S )<br>CLINIC, P.C., an Alabama professional )<br>corporation, )<br>)<br>Defendants. ) | CIVIL ACTION<br>FILE NO. 3:06CV287-WC |

## REQUEST FOR LEAVE OF ABSENCE OF
## DANIEL A. RAGLAND, COUNSEL FOR PLAINTIFF

Daniel A. Ragland, lead counsel for Plaintiff, hereby requests that he be granted a leave of absence so that he can take a planned vacation in Europe with his family during the period June 4-13, 2007.

Petitioner hereby requests that no hearings, trials or other proceedings be calendared or conducted during this period of time. A proposed order granting this leave of absence is attached.

1

2

So requested this 2nd day of May, 2007.

                RAGLAND & JONES, LLP
                s// Daniel A. Ragland
                Georgia Bar No. 003340
                115 Perimeter Center Place, N.E.
                Atlanta, GA 30346
                (770) 407-7300
                dragland@raglandjones.com

                ATTORNEY FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION |
| ) | FILE NO. 3:06CV287-WC |
| GWEN M. COOPER, M.D.; and ) | |
| EAST ALABAMA WOMEN'S ) | |
| CLINIC, P.C., an Alabama professional ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the above and foregoing REQUEST FOR LEAVE OF ABSENCE OF DANIEL A. RAGLAND, COUNSEL FOR PLAINTIFF upon Defendants by electronically filing with said court and by depositing a true copy of same in the U. S. Mail, proper postage prepaid, addressed to counsel of record as follows:

George E. Newton, Esq.
Starnes & Atchison LLP
Seventh Floor, 100 Brookwood Place
P.O. Box 598512
Birmingham, Alabama 35259-8512

Kenneth L. Funderburk, Esq.
P.O. Box 1268
1313 Broad Street
Phenix City, AL 36868-1268

This 2nd day of May, 2007.

                              RAGLAND & JONES, LLP
                              <u>s// Daniel A. Ragland</u>
                              Georgia Bar No. 003340
                              115 Perimeter Center Place, N.E.
                              Atlanta, GA 30346
                              (770) 407-7300
                              <u>dragland@raglandjones.com</u>

                              ATTORNEY FOR PLAINTIFF