IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GWEN M. COOPER, M.D.; and )<br>EAST ALABAMA WOMEN'S )<br>CLINIC, P.C., an Alabama professional )<br>corporation, )<br>)<br>Defendants. ) | CIVIL ACTION<br>FILE NO. 3:06CV287-WC |

## ORDER GRANTING LEAVE OF ABSENCE
## TO DANIEL A. RAGLAND

Daniel A. Ragland, attorney for Plaintiff, is hereby GRANTED a leave of absence during the period of June 4 - 13, 2007, and no hearings or trials will be calendared during that period.

SO ORDERED, this ___ day of May, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PREPARED AND SUBMITTED BY:

                                              RAGLAND & JONES, LLP
                                              <u>s// Daniel A. Ragland</u>
                                              Georgia Bar No. 003340
                                              115 Perimeter Center Place, N.E.
                                              Atlanta, GA 30346
                                              (770) 407-7300
                                              <u>dragland@raglandjones.com</u>

                                              ATTORNEY FOR PLAINTIFF