IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| ADAORAH ABOR-WATSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | CIVIL ACTION NO. 3:06cv287-WC |
| GWEN M. COOPER, M.D.; EAST | ) | |
| ALABAMA WOMEN'S CLINIC, PC, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO CONTINUE EXPERT AND DISCOVERY DEADLINES

COME NOW the parties, plaintiff Adorah Abor-Watson and defendants Gwen M. Cooper, M.D. and East Alabama Women's Clinic, PC, by and through undersigned counsel, and move this Court for an extension of time to designate defense experts and complete expert and factual discovery.  In support of this motion, the parties state as follows:

1.    The parties have been cooperatively moving toward completion of discovery in this matter. The plaintiff has completed the depositions of Dr. Cooper and Dr. Obiekwe.  The defendants have completed the depositions of Adaorah Abor-Watson, Simeon Nwegbo, and Chineyere Nwegbo.

2.     By notice and agreement, the parties had scheduled the deposition of plaintiff's medical expert, William Roberts, M.D., in Pennsylvania for April 20. However, plaintiff's counsel became ill that week and the deposition had to be

{B0667582}

postponed.  The parties are working on getting this deposition rescheduled as soon as possible.

    3.    The parties have agreed to allow the defendants an opportunity to depose plaintiff's expert prior to the designation of defense experts.

    4.    Dr. Bonita Jones, an employee of defendant East Alabama Women's Clinic, PC who was involved in the care and treatment of the plaintiff has relocated to Michigan.  Due to scheduling difficulties involving Dr. Jones and the attorney's calendars, this deposition has not yet been completed.

    5.    Counsel for the plaintiff and counsel for the defendants have conferred at length regarding the designation of experts and the progress of discovery and have agreed to move this Court jointly for an extension of time.

    6.    The parties do not anticipate that the requested relief will have any impact upon the trial date.

    WHEREFORE, PREMISES CONSIDERED, the parties respectfully move this Court to extend the deadline for the completion of discovery sixty (60) days and the designation of defense experts until fourteen (14) days following completion of Dr. Robert's deposition.

                         s/ Daniel A. Ragland
                         Daniel A. Ragland  003340
                         Attorney for Adorah Abor-Watson

OF COUNSEL
Ragland & Jones LLP
South Terraces, Suite 425
115 Perimeter Center Place
Atlanta, Georgia  30346
Telephone:  770-407-7300

{B0667582}

 s/George E. Newton, II
Michael K. Wright ASB-6338-G40M
George E. Newton  ASB-7895-E32N
Attorneys for Gwen M. Cooper, M.D. and
East Alabama Women's Clinic, PC

OF COUNSEL:
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama, 35259-8512
(205) 868-6000

{B0667582}