IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CIVIL ACTION NO. 3:06cv287-WC |
| GWEN M. COOPER, M.D.; EAST | ) |
| ALABAMA WOMEN'S CLINIC, PC, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court hereby grants the joint motion of the parties for extension of the defendants' expert witness disclosure deadline until fourteen (14) days following the completion of Dr. Robert's deposition and the discovery deadline sixty (60) days following the date of entry of this order.

It is so DONE and ORDERED this _____ day of May, 2007.

_____
Wallace Capel, Jr.
U. S. Magistrate Judge

cc:   Kenneth L. Funderburk
      Daniel A. Ragland, Esq.
      Michael K. Wright
      George E. Newton, II

{B0707498}