IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>GWEN M. COOPER, M.D., and )<br>EAST ALABAMA WOMEN'S )<br>CLINIC, P.C., an Alabama professional )<br>corporation, )<br>)<br>   Defendants. ) | CASE NO: 3:06CV287-WC |

**ORDER**

On May 7, 2007, the parties filed this Joint Motion to Continue Expert and Discovery Deadline (Doc. # 34). Upon consideration of said Motion, it is

ORDERED that the Motion be and hereby is GRANTED. The discovery deadline is hereby extended to and including July 6th, 2007, and the designation of defense experts until fourteen (14) days following completion of Dr. Robert's deposition.

No further extensions of time will be granted.

DONE this 8th day of May, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE