IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 3:06CV287-WC |
| ) | |
| GWEN M. COOPER, M.D., and ) | |
| EAST ALABAMA WOMEN'S ) | |
| CLINIC, P.C., an Alabama professional ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The attorney for the Plaintiff, Daniel A. Ragland, filed a Motion for Leave of Absence during the period from June 4th through June 13th, 2007 (Doc. # 33). Upon consideration of said Motion, it is

ORDERED that the Motion be and hereby is GRANTED.

DONE this 8th day of May, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE