IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION |
| ) | FILE NO. 3:06CV287-VPM |
| GWEN M. COOPER, M.D.; and ) | |
| EAST ALABAMA WOMEN'S ) | |
| CLINIC, P.C., an Alabama professional ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR PROTECTIVE ORDER
AND TO QUASH SUPBOENA**

Pursuant to Fed. R. Civ. Proc. 45(c)(3)(A), Plaintiff hereby moves for a Protective Order which quashes the May 11, 2007 subpoena addressed to "Dr. William Roberts c/o Daniel A. Ragland, Esq., Ragland & Jones, LLP, 115 Perimeter Center Place, Suite 425, Atlanta, Georgia 30346" to the extent it seeks documents requested on Exhibit "A" thereto.

Plaintiff shows that this subpoena (attached hereto as Exhibit "A") should be quashed for the following reasons:

1. Given that the subpoena is directed to Plaintiff's expert, service of this subpoena upon Plaintiff's attorney by regular U.S. mail is inadequate and improper.

1

2. Plaintiff's counsel received this subpoena by mail on May 14, 2007 and service of this subpoena four (4) days before the date of the requested production of documents fails to allow reasonable time for compliance.

3. The scope of documents requested to be produced in Exhibit "A" to the subpoena exceeds permissible discovery from experts as set forth in Fed. R. Civ. Proc. 26(a)(2)(B) and 26(b)(4).

4. The requests for production of documents found in Exhibit "A" are overbroad and would result in undue burden upon the witness.

For the reasons stated above, Plaintiff hereby objects to the requests for production of documents found within Exhibit "A" of the subpoena as provided in Fed. R. Civ. Proc. 45(c)(2)(B).

Submitted this 16th day of May, 2007.

        RAGLAND & JONES, LLP
        s// Daniel A. Ragland
        115 Perimeter Center Place, N.E.
        Atlanta, GA 30346
        (770) 407-7300 phone
        (770) 407-7310 facsimile
        dragland@raglandjones.com

        ATTORNEY FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON )<br>)<br>    Plaintiff, )<br>)<br>  vs. )<br>)<br>GWEN M. COOPER, M.D.; and )<br>EAST ALABAMA WOMEN'S )<br>CLINIC, P.C., an Alabama professional )<br>corporation, )<br>)<br>    Defendants. ) | CIVIL ACTION<br>FILE NO. 3:06CV287-VPM |

## CERTIFICATE OF SERVICE

I hereby certify that I have served opposing counsel with a true and correct copy of PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND TO QUASH SUBPOENA upon Defendants by electronically filing with said court and by depositing a true copy of same in the U. S. Mail, proper postage prepaid, addressed to counsel of record as follows:

| | |
|---|---|
| George E. Newton, III, Esq.<br>Michael K. Wright, Esq.<br>Starnes & Atchison, LLP<br>Seventh Floor, 100 Brookwood Place<br>P.O. Box 598512<br>Birmingham, AL 35259 | Kenneth L. Funderburk, Esq.<br>P.O. Box 1268<br>1313 Broad Street<br>Phenix City, AL 36868-1268 |

Submitted this 16th day of May, 2007.

                                    RAGLAND & JONES, LLP
                                    <u>s// Daniel A. Ragland</u>
                                    115 Perimeter Center Place, N.E.
                                    Atlanta, GA 30346
                                    (770) 407-7300 phone
                                    (770) 407-7310 facsimile
                                    dragland@raglandjones.com

                                    ATTORNEY FOR PLAINTIFF