IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 3:06CV287-WC |
| ) | |
| GWEN M. COOPER, M.D., and ) | |
| EAST ALABAMA WOMEN'S ) | |
| CLINIC, P.C., an Alabama professional ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The attorney for the Plaintiff, Daniel A. Ragland, filed a Motion for Protective Order and to Quash Subpoena (Doc. 37). Absent from the Motion is any indication that the plaintiff has contacted opposing counsel to cure any defect in service of process. Therefore, upon consideration of said Motion, it is

ORDERED that the Motion be and hereby is DENIED.

DONE this 17th day of May, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE