IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) ) ) |
| GWEN M. COOPER, M.D.; EAST ALABAMA WOMEN'S CLINIC, PC, | ) CIVIL ACTION NO. 3:06cv287-WC ) ) ) ) |
| Defendants. | ) |

## WITNESS LIST

COME NOW the defendants, Gwen M. Cooper, M.D. and East Alabama Women's Clinic, PC, and pursuant to Federal Rule of Civil Procedure 26 and this Court's scheduling order, reserve the right to call, or object to, the following witnesses:

**WITNESSES EXPECTED TO BE CALLED**

1. Gwen M. Cooper, M.D.
   East Alabama Women's Clinic, PC
   502 East Thomason Circle
   Opelika, Alabama 36801
   Phone: 334.749.0390

2. Njideka Obiekwe, M.D.
   East Alabama Women's Clinic, PC
   502 East Thomason Circle
   Opelika, Alabama 36801
   Phone: 334.749.0390

3. Bonita Jones, M.D.
   2586 Bell Circle
   Stevensville, Michigan 49127
   Phone: 269.429.8010

{B0741907}

4.  Benjamin C. Griggs, M.D.
    495 Taylor Road
    Montgomery, Alabama 36117
    Phone:  334.279.9333

5.  William H. Moore, Jr., M.D.
    1015 Lay Dam Road
    Clanton, Alabama 35045
    Phone:  205.755.1031

**WITNESSES WHO MAY BE CALLED IF THE NEED ARISES**

1.  Rhonda Williams, M.D.
    1505 Monarch Drive
    Marietta, Georgia  30062
    Phone:  678.290.9942

2.  Matthew J. Novak, M.D.
    800 Canton Road NE
    Marietta, Georgia  30060
    Phone:  770.424.4328

3.  Sara Frances Nolting, M.D.
    2540 Windy Hill Road SE
    Marietta, Georgia  30067
    Phone:  770.793.5435

4.  Robert M. Strauss, M.D.
    Wellstar Kennestone Hospital
    677 Church Street
    Marietta, Georgia  30060
    Phone:  678.285.0182

5.  Adaorah Abor-Watson
    4621 Waters Edge Lane
    Acworth, Georgia  30101
    Phone:  770.975.7844

6.  Chineyere Nwegbo
    4621 Waters Edge Lane
    Acworth, Georgia  30101
    Phone:  770.975.7844

7.      Simeon Nwegbo
          4621 Waters Edge Lane
          Acworth, Georgia  30101
          Phone:  770.975.7844

8.      Any witness identified or called by the plaintiff.

9.      Any witness deemed necessary for impeachment or rebuttal purposes.

                    Respectfully Submitted,

                    s/ George E. Newton
                    Michael K. Wright  ASB: 6338-G40M
                    George E. Newton, II  ASB: 7895-E32N
                    Attorneys for Gwen M. Cooper, M.D. and
                    East Alabama Women's Clinic, PC

OF COUNSEL:
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama, 35259-8512
(205) 868-6000

{B0741907}

# CERTIFICATE OF SERVICE

I hereby certify that on **August 3, 2007**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kenneth L. Funderburk, Esq.
P.O. Box 1268
1313 Broad Street
Phenix City, AL  36868-1268

Daniel A. Ragland, Esq.
Resurgens Plaza, Suite 2250
945 East Paces Ferry Road, NE
Atlanta, GA  30326

                                                s/George E. Newton, II
                                                George E. Newton, II
                                                Bar No.:  ASB-7895-E32N
                                                Starnes & Atchison, LLP
                                                P.O. Box 598512
                                                Birmingham, AL  35259
                                                Telephone:  205.868.6000

{B0741907}