IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ADAORAH ABOR-WATSON            )
                               )
        Plaintiff,             )
                               )
        v.                     )        CIVIL ACTION NO:  3:06cv287-WC
                               )
GWEN M. COOPER, and            )
EAST ALABAMA WOMEN'S           )
CLINIC, P.C.,                  )
                               )
        Defendants.            )

**ORDER**

On August 9, 2007, counsel for the parties informed the Court over the telephone

that they intend to file a joint stipulation dismissing the above-referenced case.  Based on

their joint representation, it is

ORDERED that the pretrial conference set for August 24, 2007, is CANCELLED.

It is further

ORDERED that the jury trial set to commence on September 24, 2007, is also

CANCELLED.

DONE this 9th day of August, 2007.


                    /s/ Wallace Capel, Jr.
                    WALLACE CAPEL, JR.
                    UNITED STATES MAGISTRATE JUDGE