IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: 3:06cv287-WC |
| ) | |
| GWEN M. COOPER, and ) | |
| EAST ALABAMA WOMEN'S ) | |
| CLINIC, P.C., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On August 9, 2007, counsel for the parties informed the Court over the telephone that they intend to file a joint stipulation dismissing the above-referenced case. To date, almost two months later, the parties have yet to file a joint stipulation. Accordingly, it is

ORDERED that the parties shall file either the Joint Stipulation of Dismissal **on or before October 17, 2007,** or appear for a show cause hearing to explain the delay on **October 19, 2007, at 10:00 a.m**. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge.

DONE this 3rd day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE