IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CIVIL ACTION NO. 3:06cv287-WC |
| GWEN M. COOPER, M.D.; EAST | ) |
| ALABAMA WOMEN'S CLINIC, PC, | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the plaintiff, Adaorah Abor-Watson, by and through counsel; and the defendants, Gwen M. Cooper, M.D. and East Alabama Women's Clinic, PC, by and through counsel, and do hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a), that the claims of the plaintiff against Dr. Gwen M. Cooper and East Alabama Women's Clinic, PC are dismissed, with prejudice, costs to be taxed as paid. All parties have agreed to this stipulation.

    __s/Daniel A. Ragland_____
    Daniel A. Ragland 003340
    Attorney for Plaintiff

OF COUNSEL:
Ragland & Jones
Resurgens Plaza, Suite 2250
945 East Paces Ferry Road, NE
Atlanta, GA  30326

{B0745756}

      s/George E. Newton, II

Michael K. Wright ASB-7202-E49W
George E. Newton   ASB-7895-E32N
Attorneys for Gwen M. Cooper, M.D. and
East Alabama Women's Clinic, PC

OF COUNSEL:
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama, 35259-8512
(205) 868-6000

{B0745756}