IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CIVIL ACTION NO. 3:06cv287-WC |
| GWEN M. COOPER, M.D.; EAST | ) |
| ALABAMA WOMEN'S CLINIC, PC, | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT**

Having come before the Court on the Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a), and this Court having considered the same, it is hereby:

ORDERED, ADJUDGED and DECREED that this cause is hereby dismissed with prejudice.

It is further ORDERED that costs are hereby taxed as paid.

The Clerk of the Court is directed to enter this document on a civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this _____ day of _____, 2007.

_____
Wallace Capel, Jr.
U.S. Magistrate Judge

cc:
Kenneth L. Funderburk
Daniel A. Ragland
Michael K. Wright
George E. Newton, II

{B0745757}