IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO: 3:06cv287-WC |
| | ) |
| GWEN M. COOPER, and | ) |
| EAST ALABAMA WOMEN'S | ) |
| CLINIC, P.C., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Pursuant to this Court's Judgment, it is

ORDERED that the show cause hearing set for **October 19, 2007, at 10:00 a.m**. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge is CANCELLED.

DONE this 3rd day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE