IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ADAORAH ABOR-WATSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO: 3:06cv287-WC |
| | ) |
| GWEN M. COOPER, and | ) |
| EAST ALABAMA WOMEN'S | ) |
| CLINIC, P.C., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

Pursuant to the Joint Stipulation of Dismissal (Doc. #42) filed by the parties on October 3, 2007, it is

ORDERED, ADJUDGED, and DECREED that this cause is DISMISSED with prejudice. It is further

ORDERED that costs are taxed as paid.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 3rd day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE